

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00057-CR

| | | |
|---|---|---|
| MARIE ELAINE BLACK, Appellant | § | On Appeal from County Criminal Court No. 3 |
| | § | of Denton County (CR-2021-01426-C) |
| v. | § | August 18, 2022 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth